UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:18-cv-1919 AC P |
| Plaintiff, | |
| v. | ORDER |
| TOTAL RENAL CARE, INC., et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed objections to the order screening the complaint in this case. ECF No. 11. The objections assert that the complaint in this case was intended to be filed as an amended complaint in Calloway v. California Department of Corrections and Rehabilitation (Calloway I), No. 2:16-cv-2532 WBS DMC P, but was mistakenly assigned a new case number in the Fresno Division of this court and then transferred to the Sacramento Division, at which time the instant action was opened. Id. at 2. Plaintiff states that he has already amended the complaint in Calloway I, and that screening of his amended complaint in that case is currently pending. Id. at 3. He requests that this case be closed and that he not be charged a filing fee because this case was opened in error. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to vacate the order granting him leave to proceed in forma pauperis

1

1 and requiring him to pay the filing fee, ECF No. 11, is GRANTED.

2. The order granting plaintiff leave to proceed in forma pauperis and requiring him to pay the filing fee, ECF No. 8, and the order directing the California Department of Corrections and Rehabilitation to collect the filing fee from plaintiff's inmate trust account, ECF No. 9, are VACATED.

3. The California Department of Corrections and Rehabilitation shall cease collecting fees for this case from plaintiff's inmate trust account.

4. The Clerk of the Court is directed to return to plaintiff any fees that have been collected in association with this case.

5. The Clerk of the Court is directed to serve a copy of this order on the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

7. Plaintiff's request to voluntarily dismiss this case, ECF No. 11, is GRANTED and this case is DISMISSED.

DATED: April 20, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE